IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| RANDY STEWARD, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 2:23cv105-MHT |
| | ) | (WO) |
| LT. SYKES and OFFICER BELCHER, | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |

OPINION

Pursuant to 42 U.S.C. § 1983, plaintiff, a prisoner in the Alabama Department of Corrections, filed this lawsuit complaining that the defendant correctional officers ordered another prisoner to attack him with a knife, and that, when plaintiff hit the attacker with his cane and fell down, one of the defendant officers then kicked plaintiff, breaking his tibia, and requiring him to have a plate and screws placed in his leg to repair the injury. This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that plaintiff's case be dismissed

without prejudice due to plaintiff's failure to obey an order and to prosecute the case. There are no objections to the recommendation. After an independent and de novo review of the record, the court concludes that the magistrate judge's recommendation should be adopted.

An appropriate judgment will be entered.

DONE, this the 8th day of May, 2023.

                                                 /s/ Myron H. Thompson  
                                                **UNITED STATES DISTRICT JUDGE**